IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALISHA HOLMES                                                                                              PLAINTIFF

v.                            CASE NO. 4:21-CV-01070-BSM

LIFE INSURANCE COMPANY OF
NORTH AMERICA, *et al*                                                                           DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2022.

                                                                                                                           UNITED STATES DISTRICT JUDGE